IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TRUDY L. WRIGHT                                                     PLAINTIFF

                v.                           Civil No. 04-6155

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                       DEFENDANT

**<u>JUDGMENT</u>**

On this 2nd day of May, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Shannon Muse Carroll, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees in the amount of $2,701.00 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                                /s/Bobby E. Shepherd
                                                                Honorable Bobby E. Shepherd
                                                                United States Magistrate Judge